**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
E. PATRICK ELLISEN, BAR NO. 142033
DAVID B. MOYER, BAR NO. 197739
JASON M. JULIAN, BAR NO. 215342
1530 PAGE MILL ROAD
PALO ALTO, CA 94304-1125
TELEPHONE: 650.856.3700
FACSIMILE: 650.856.3710

*E-FILED 4/21/06*

ATTORNEYS FOR PLAINTIFF
MiTAC INTERNATIONAL CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MiTAC INTERNATIONAL CORP.,<br><br>  Plaintiff,<br><br>  v.<br><br>BROADCOM CORP., BROADCOM ASIA DISTRIBUTION PTE. LTD.,<br><br>  Defendants. | Case No. C05-05335 RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME FOR SERVICE OF COMPLAINT AS MODIFIED BY THE COURT |

   IT IS HEREBY STIPULATED, pursuant to Local Rules 6-1(b) and 6-2(a), by and between Plaintiff ("MiTAC"), and Defendants Broadcom Corp and Broadcom Asia Distribution PTE, Ltd. ("BROADCOM DEFENDANTS") (referred to collectively herein as the "Parties"), by and through their attorneys, as follows:

   1.   By Order filed December 22, 2005, the Court has set dates in this action including a Case Management Conference currently scheduled for April 26, 2006 at 2:30 p.m. An extension of the scheduled dates is necessary to allow the Parties adequate time to discuss the potential for settlement of this matter without further litigation.

STIPULATION

SFCA_383214.1

2. No previous time modifications in this case have been sought.

3. The Case Management Conference currently scheduled for April 26, 2006 at 2:30 p.m. shall be rescheduled to July 5, 2006 at 2:30 p.m.

4. The deadline for service of process shall be extended to (and shall include) June 12, 2006.

5. The last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan shall be extended to June 14, 2006.

6. The last day to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be extended to June 21, 2006.

7. The last day to file consent or declination, to complete initial disclosures, to file/serve Case Management Statement, and to file/serve Rule 26(f) Report shall be extended to June 28, 2006.

RESPECTFULLY SUBMITTED,

Dated: April 21, 2006

FOLEY & LARDNER LLP
E. Patrick Ellisen
David B. Moyer
Jason M. Julian

/s/ E. Patrick Ellisen
E. Patrick Ellisen
Attorneys for Plaintiff MiTAC Corp.

Dated: April 21, 2006

David Young

_____
Attorneys for Defendants Broadcom Corp.
& Broadcom Asia Distribution PTE. Ltd.

**ORDER**

IT IS SO ORDERED.

Dated: April 21, 2006

IT IS SO ORDERED
AS MODIFIED
Judge Richard Seeborg

Honorable Richard Seeborg
United States Magistrate Judge

2

STIPULATION

SFCA_383214.1