**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
E. PATRICK ELLISEN, BAR NO. 142033
DAVID B. MOYER, BAR NO. 197739
JASON M. JULIAN, BAR NO. 215342
1530 PAGE MILL ROAD
PALO ALTO, CA 94304-1125
TELEPHONE: 650.856.3700
FACSIMILE: 650.856.3710

ATTORNEYS FOR PLAINTIFF
MiTAC INTERNATIONAL CORP.

E-FILED 6/15/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MiTAC INTERNATIONAL CORP. | Case No. C05-05335 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME FOR SERVICE OF COMPLAINT |
| v. | |
| BROADCOM CORP., BROADCOM ASIA DISTRIBUTION PTE. LTD., | MODIFIED BY THE COURT |
| Defendants. | |

IT IS HEREBY STIPULATED, pursuant to Local Rules 6-1(b) and 6-2(a), by and between Plaintiff ("MiTAC"), and Defendants Broadcom Corp and Broadcom Asia Distribution PTE, Ltd. ("BROADCOM DEFENDANTS") (referred to collectively herein as the "Parties"), by and through their attorneys, as follows:

1.  Pursuant to the Parties' previous stipulation, and by Order dated April 21, 2005, the Court rescheduled certain dates in this action including setting a Case Management Conference for July 5, 2006 at 2:30 p.m. A further extension of this date is necessary to allow the Parties adequate time to discuss the potential for settlement of this matter without further litigation.

STIPULATION

SFCA_383214.1

1    2.     One previous time modification in this case has been sought and granted, by
2  Stipulation filed April 21, 2006 and Order dated April 21, 2006.
3    3.     The Case Management Conference currently scheduled for July 5, 2006 at 2:30
4  p.m. shall be rescheduled to ~~August 30, 2006~~ September 6, 2006 at 2:30 p.m.
5    4.     The deadline for service of process shall be extended to July 31, 2006, inclusive.
6    5.     The last day to meet and confer re initial disclosures, early settlement, ADR
7  process selection, and discovery plan shall be extended to August 2, 2006.
8    6.     The last day to file Joint ADR Certification with Stipulation to ADR Process or
9  Notice of Need for ADR Phone Conference shall be extended to August 9, 2006.
10   7.     The last day to file consent or declination, complete initial disclosures, file/serve
11 Case Management Statement, and file/serve Rule 26(f) Report shall be extended to August 16,
12 2006.

Respectfully submitted,

Dated: June 14, 2006

FOLEY & LARDNER LLP
E. Patrick Ellisen
David B. Moyer
Jason M. Julian

/s/ E. Patrick Ellisen
E. Patrick Ellisen
Attorneys for Plaintiff MiTAC Corp.

Dated: June 14, 2006

David Young

Attorneys for Defendants Broadcom Corp.
& Broadcom Asia Distribution PTE. Ltd.

**ORDER**

IT IS SO ORDERED.

Dated: June 15, 2006

Honorable Richard Seeborg
United States Magistrate Judge

2

STIPULATION

SFCA_383214.1