E. Patrick Ellisen (Bar No. 142033)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Plaintiff
MiTAC International Corp.

*E-FILED 8/23/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MiTAC INTERNATIONAL CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BROADCOM CORP., BROADCOM ASIA DISTRIBUTION PTE. LTD., <br><br> Defendants. | CASE NO. C05-05335 RS <br><br> STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE |

IT IS HEREBY STIPULATED, pursuant to Local Rules 6-1(b) and 6-2(a), by and between Plaintiff MiTAC International Corp. ("MiTAC") and Defendants Broadcom Corp and Broadcom Asia Distribution PTE, Ltd. ("Broadcom Defendants") (referred to collectively herein as the "Parties"), by and through their attorneys, as follows:

1. Pursuant to the Parties' previous stipulation, and by Order dated June 15, 2006, the Court rescheduled certain dates in this action including setting a Case Management Conference for September 6, 2006 at 2:30 p.m. A further extension of this date is necessary to allow the Parties adequate time to discuss the potential for settlement of this matter without further litigation.

LA\1620517.1

2. Two previous time modifications in this case have been sought and granted, by Stipulation filed April 21, 2006 and Order dated April 21, 2006, and Stipulation filed June 14, 2006 and Order dated June 15, 2006.

3. Service on the Broadcom Defendants was effectuated by Waiver of Service of Summons pursuant to Federal Rule of Civil Procedure 4(d), sent as of August 7, 2006.

4. The Case Management Conference currently scheduled for September 6, 2006 at 2:30 p.m. shall be rescheduled to November 1, 2006 at 2:30 p.m.

5. The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan shall be extended to October 10, 2006.

6. The last day to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference, and the last day to file consent or declination, complete initial disclosures, file/serve Case Management Statement, and file/serve Rule 26(f) Report, shall be extended to October 18, 2006.

Respectfully submitted,

Dated: August 22, 2006

GREENBERG TRAURIG LLP
E. Patrick Ellisen

By _____
E. Patrick Ellisen
Attorneys for Plaintiff MiTAC Corp.

Dated: August 22, 2006

LATHAM & WATKINS LLP
Robert Steinberg
Amos E. Hartston

By _____
Amos E. Hartston
Attorneys for Defendant
Broadcom Corp., Broadcom Asia
Distribution PTE. Ltd.

LA\1620517.1

1

**ORDER**

2     IT IS SO ORDERED.

3

4  Dated: _____August 23_____, 2006

5

_/s/ Richard Seeborg_
Honorable Richard Seeborg
United States Magistrate Judge

LA\1620517.1

3