FOLEY & LARDNER LLP
ATTORNEYS AT LAW
DAVID B. MOYER, BAR NO. 197739
JASON M. JULIAN, BAR NO. 215342
1530 PAGE MILL ROAD
PALO ALTO, CA 94304-1125
TELEPHONE: 650.856.3700
FACSIMILE: 650.856.3710

ATTORNEYS FOR PLAINTIFF
MiTAC INTERNATIONAL CORP.

*E-FILED 8/31/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MiTAC INTERNATIONAL CORP. | Case No. C05-05335 |
| Plaintiff, | **NOTICE OF WITHDRAWAL;** [PROPOSED] ORDER |
| v. | |
| BROADCOM CORP., BROADCOM ASIA DISTRIBUTION PTE. LTD., | |
| Defendants. | |

Pursuant to Civil Local Rule 11-5, David B. Moyer, Stephen M. Lobbin, Jason M. Julian, and the law firm of Foley & Lardner LLP hereby withdraw as counsel for plaintiff MiTAC International Corp. ("MiTAC") in this case. MiTAC will continue to be represented by E. Patrick Ellisen and the law firm of Greenberg Traurig, LLP in this case.

DATE: August 24, 2006

FOLEY & LARDNER LLP

By: _____
David B. Moyer

NOTICE OF WITHDRAWAL;
[PROPOSED] ORDER
CASE NO. 5:05-CV-05335-RS

SVCA_38977.1

1
2  DATE: August 23, 2006                    GREENBERG TRAURIG, LLP
3
4                                           _____
5                                           E. Patrick Ellisen
6
7  IT IS SO ORDERED.
8
9  DATED: August 31 2006                    BY THE COURT:
10
11                                          _____
                                            Honorable Richard Seeborg
12                                          Magistrate Judge of the United States District Court
13
...
28

2

NOTICE OF WITHDRAWAL;
[PROPOSED] ORDER
CASE NO. 5:05-CV-05335-RS

SVCA_38977.1