| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | E. Patrick Ellisen (State Bar No. 142033)<br>ellisenp@gtlaw.com<br>Daniel T. McCloskey (State Bar No. 191944)<br>mccloskeyd@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>1900 University Avenue, 5th Floor<br>East Palo Alto, California 94303<br>Telephone:  (650) 328-8500<br>Facsimile:  (650) 328-8508     *E-FILED 10/18/06* |

Attorneys for Plaintiff
**MiTAC INTERNATIONAL CORP.**

Robert Steinberg (State Bar No. 126407)
bob.steinberg@lw.com
Amos E. Hartston (State Bar No. 186471)
amos.hartston@lw.com
LATHAM & WATKINS
633 W Fifth Street, Suite 4000
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Defendants
**BROADCOM CORP., BROADCOM ASIA DISTRIBUTION PTE. LTD.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MiTAC INTERNATIONAL CORP.**,<br><br>                   Plaintiffs,<br><br>        v.<br><br>**BROADCOM CORP., BROADCOM ASIA DISTRIBUTION PTE. LTD.**,<br><br>                   Defendants. | CASE NO. C05-05335 RS<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND GRANTING EXTENSION TO FILE ANSWER** |

1        IT IS HEREBY STIPULATED, pursuant to Local Rules 6-1(b) and 6-2(a), by and
2   between Plaintiff MiTAC International Corp. ("MiTAC") and Defendants Broadcom Corp. and
3   Broadcom Asia Distribution PTE, Ltd. ("Broadcom Defendants") (referred to collectively herein
4   as the "Parties"), by and through their undersigned attorneys, as follows:
5        1.    Pursuant to the Parties' previous stipulation, and by Order dated August 23, 2006,
6   the Court rescheduled certain dates in this action including setting a Case Management
7   Conference for November 1, 2006 at 2:30 p.m.
8        2.    The requested further extensions are necessary to allow the Parties adequate time
9   to discuss the potential for settlement of this matter without further litigation.  Various
10  scheduling and logistical issues, including traveling of certain representatives of Defendants, and
11  Plaintiff's location in Taiwan, have required additional time to schedule and hold meaningful
12  settlement discussions.  A further settlement meeting is scheduled for early November, and will
13  include decision-makers from both Parties and their counsel.  The Parties jointly request this
14  further accommodation by the Court.
15       3.    Three previous time modifications in this case have been sought and granted, by
16  Stipulation filed April 21, 2006 and Order dated April 21, 2006, Stipulation filed June 14, 2006
17  and Order dated June 15, 2006, and by Stipulation dated August 23, 2006 and Order dated
18  August 23, 2006.
19       4.    The Court has not previously been requested to extend the time for filing an
20  Answer.  Service on the Broadcom Defendants was effectuated by Waiver of Service of
21  Summons pursuant to Federal Rule of Civil Procedure 4(d), sent August 7, 2006.
22       5.    The Case Management Conference currently scheduled for November 1, 2006 at
23  2:30 p.m. shall be rescheduled to December 13, 2006 at 2:30 p.m.
24       6.    The last day to file Joint ADR Certification with Stipulation to ADR Process or
25  Notice of Need for ADR Phone Conference, and the last day to file consent or declination,
26  complete initial disclosures, file/serve Case Management Statement, and file/serve Rule 26(f)
27  Report, shall be extended to November 29, 2006.
28       7.    The last day to meet and confer regarding initial disclosures, early settlement,

ADR process selection, and discovery plan shall be extended to November 27, 2006.

8. Defendants' Answer to the Complaint shall be due on November 15, 2006.

Respectfully submitted,

Dated: October 6, 2006                 GREENBERG TRAURIG LLP

By ___/s/___
Daniel T. McCloskey
Attorneys for Plaintiff MiTAC Corp.

Dated: October 6, 2006                 LATHAM & WATKINS LLP

By ___/s/___
Amos E. Hartston
Attorneys for Defendants
Broadcom Corp., Broadcom Asia
Distribution PTE. Ltd.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: October 6, 2006                 By: ___/s/___
Daniel T. McCloskey

Pursuant to the foregoing stipulation,

**IT IS SO ORDERED.**

Dated: October 10, 2006                 _____
United States Magistrate Judge